IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANI ADIA McCALL, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:21-cv-00429-S (BT) |
| | § | |
| NEW AMERICAN FUNDING, | § | |
| Defendant. | § | |

# **MAGISTRATE JUDGE'S QUESTIONNAIRE TO PLAINTIFF**

Plaintiff shall answer each of the following questions in the space provided for his answer. The answers to these questions shall be verified under penalty of perjury by Plaintiff on the signature line at the conclusion of these questions and returned to the United States Magistrate Judge by April 19, 2021. Failure to timely return the verified answers may result in a recommendation that the case be dismissed for want of prosecution.

Signed March 19, 2021.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

**QUESTION NO. 1**: Where do you reside?  Be sure to provide your full physical address, including city and state.


**ANSWER**:

**QUESTION NO. 2**: Is New American Funding a corporation?  If yes, where are its corporate headquarters and principal place of business? If not, where is the business physically located?

**ANSWER**:

**QUESTION NO. 3:** Did any of the alleged actions or inactions involved in this lawsuit occur in the Northern District of Texas?

**ANSWER:**

**QUESTION NO. 4:** You allege that New American Funding has no legal claim to the property. Where is the property located? Who is the legal owner of the property?

**ANSWER:**

**QUESTION NO. 5:** As relief, you state that you seek release of the mortgage and deed? What mortgage and deed are you referring to?

**ANSWER:**

**QUESTION NO. 6**:  Are you seeking any relief other than release from the mortgage and deed in this lawsuit?  To the extent you are seeking monetary damages, how much do you want?


**ANSWER**:

## VERIFICATION

STATE OF TEXAS          )
                        )
COUNTY OF _____)

      I understand that a false statement or answer to any question in this cause of action will subject me to penalties for perjury.  I hereby declare (or certify, verify or state), under penalty of perjury, that the foregoing answers are true and correct. (28 U.S.C. § 1746).

      SIGNED on this _____ day of _____, 2021.


                                                            _____
                                                            Plaintiff