# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SAHANI ADIA MCCALL | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-429-S-BT |
| | § | |
| NEW AMERICAN FUNDING | § | |

## JUDGMENT

The Court has entered its Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case and granting Defendant New American Funding's Motion to Dismiss, or Alternatively, Motion to Transfer Venue [ECF No. 15]. It is therefore **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for improper venue. FED. R. CIV. P. 12(b)(3); 28 U.S.C. § 1406.

**SO ORDERED.**

SIGNED February 24, 2022.

_____
UNITED STATES DISTRICT JUDGE